Roger W. Bailey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:         509.248.4282
Facsimile:     509.575.5661
E-Mail:        roger.bailey.attorney@gmail.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>KEY FARMS, INC.<br><br>                Debtor. | Case No.     19-02949-WLH12<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL ON AN EMERGENCY BASIS** |

TO:         Daniel Gibbons, Counsel for Homestreet Bank

AND TO:    Ford Elsaesser, Chapter 12 Trustee

Please take notice that the Debtor's Motion to Use Cash Collateral on an

emergency basis shall be heard on November 25, 2019 at 11:00 a.m.   The



19-02949-WLH12     Doc 13     Filed 11/20/19     Entered 11/20/19 08:25:59     Pg 1 of 2

hearing shall be conducted telephonically.  If you wish to attend the hearing you must call 877.402.9757 (Pass Code 7036041) at the appointed time.  Your failure to attend the hearing may result in the Court granting the relief requested below without further notice or opportunity to be heard.    The Court has established the following deadlines with respect to the hearing:

1.    Any party opposing the relief requested by the Debtor shall file and serve its opposition no later than 5:00 p.m. on Thursday, November 21, 2019.

2.    The Debtor, and any other party in interest, shall have until 5:00 p.m. on Friday, November 22, 2019 in order to file any reply to the opposition.

DATED this 20th day of November, 2019

_____/s/ Roger W. Bailey_____
ROGER W. BAILEY (WSBA 26121)
Bailey & Busey PLLC
Counsel for Debtor

\\Bbserve\e\USB 3.0 PC Card Adapter\KEY FARMS, INC.-553\Workout-2019002\Bankruptcy\Pleadings\Cash Collateral\Notice of Hearing - emergency cash collateral.doc

**BAILEY** B̲B̲ **BUSEY**
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

19-02949-WLH12    Doc 13    Filed 11/20/19    Entered 11/20/19 08:25:59    Pg 2 of 2